IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JOHN T. DULLE and<br>KATHY A. DULLE,<br><br>    Plaintiffs,<br><br>vs.<br><br>WRIGHT MEDICAL TECHNOLOGY,<br>INC., a Delaware corporation,<br><br>    Defendant. | No. C14-0045<br><br>AMENDED SCHEDULING ORDER<br>AND DISCOVERY PLAN |

This matter comes before the Court on the Joint Consent Motion to Extend Scheduling Order and Discovery Plan Deadlines (docket number 33) filed by the parties on November 14, 2014. The parties ask that the deadlines established in the Scheduling Order and Discovery Plan be extended. The Court finds that the motion should be granted in part and denied in part.

## ORDER

IT IS THEREFORE ORDERED that the Joint Motion to Extend Deadlines (docket number 33) is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiffs must disclose their expert witnesses not later than **January 7, 2015**.

2. Defendant must disclose its expert witnesses not later than **February 9, 2015**.

3. Plaintiffs must disclose their rebuttal experts, if any, not later than **March 2, 2015**.

4. The deadline for completion of discovery is **March 23, 2015**.

5.  The dispositive motions deadline (April 7, 2015) remains unchanged.

*The parties are reminded that September 7, 2015 remains a firm trial date.*

DATED this 17th day of November, 2014.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA